# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 20, 2018

*By the Court*:

```
JAMES V. PENNEWELL,                      ] Appeal from the United
        Plaintiff-Appellant,             ] States District Court for
                                         ] the Eastern District of
No. 18-3029                    v.        ] Wisconsin.
                                         ]
JAMES PARISH, et al.,                    ] No. 2:17-cv-00213-LA
        Defendants-Appellees.            ]
                                         ] Lynn Adelman,
                                         ]      Judge.
```

Pursuant to this court's order of November 2, 2018, **IT IS ORDERED** that Sarah M. Konsky, UNIVERSITY OF CHICAGO LAW SCHOOL, 1111 E. 60th Street, Chicago, IL 60637, is appointed to represent plaintiff-appellant James V. Pennewell. Counsel is directed to contact the plaintiff-appellant immediately.

Briefing shall proceed as follows:

1. Plaintiff-appellant shall file his brief and required short appendix on or before January 25, 2019.

2. Defendants-appellees shall file their briefs on or before February 25, 2019.

3. Plaintiff-appellant shall file his reply brief, if any, on or before March 11, 2019.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).